**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1456**

In re:  ROBERTO ANTOINE DARDEN, a/k/a Dizz-e, a/k/a Javon,

Petitioner.

On Petition for Writ of Mandamus.  (4:11-cr-00052-AWA-LRL-1)

Submitted:  October 19, 2020                          Decided:  November 3, 2020

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Roberto Antoine Darden, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roberto Antoine Darden petitions for a writ of mandamus seeking an order directing the district court to unseal several documents in his criminal case. We conclude that Darden is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. *Murphy-Brown*, 907 F.3d at 795. Mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Darden is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*